20-CV-3755

KOMITEE, J.
BULSARA, M.J.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 0 8 2020 ★

BROOKLYN OFFICE

Christopher Ransom

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**JURY DEMAND**

YES ___✓___   NO _____

-against-

Sgt Mathwew Gorman
Sgt noorallah maShrie
OFFicer Jessica Torrez
OFFicer Daniel oliver
OFFicer Giuseppe Divanna

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

RECEIVED
OCT 0 8 2020
PRO SE OFFICE

I.    **Parties**: (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

A.   **Name of plaintiff** Christopher Ransom

If you are incarcerated, provide the name of the facility and address:

125 white Street, NY, NY 10013
MDC Facility

_____

_____

Prisoner ID Number: 441-19-01080

1

If you are not incarcerated, provide your current address:

_____

_____

Telephone Number: _____

**B.  List all defendants.**  You must provide the full names of each defendant and the addresses at which each defendant may be served.  The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Sgt Mathwew Corman
Full Name

Sgt NYPD
Job Title

One Police Plaza
NY, NY 10038
Address

Defendant No. 2

noorallah mashrie
Full Name

Sgt NYPD
Job Title

One Police Plaza
NY, NY 10038
Address

Defendant No. 3

Jessica torrez
Full Name

Officer NYPD
Job Title

One Police Plaza

NY, NY 10038

**Address**

**Defendant No. 4**    Daniel oliver

**Full Name**

OFFicer NYPD

**Job Title**

One police Plaza

NY, N.Y. 10038

**Address**

**Defendant No. 5**    Giuseppe Divanna

**Full Name**

OFFicer NYPD

**Job Title**

One police plaza

NY, NY 10038

**Address**

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur?    120th st and atlantic

avenue, richmondhill NY. at a T-Mobile store.

When did the events happen? (include approximate time and date)

The incident occured on Febuary 12th 2019

between 6-7pm

## Facts

1  — On February 12, 2019 at approximately 6pm the plaintiff was located inside of a T•Mobile Store on 120th street in richmondhill NY.

2  — On February 12, 2019 at approximately 6:15pm the Defendants Sgt Mathew Gorman, Sgt Noorallah Mashrie, Officer Jessica Torrez, Officer Daniel Oliver, and Officer Giuseppe Divanna responded to the T-Mobile store location because of a 911 call of a alleged robbery in progress.

### Misuse of weapon; Negligence

3  — Shortly after these events the plaintiff attempted to open the entrance door to exit the T-Mobile Store.

4  — Then as the plaintiff was attempting to exit, all five Defendants opened Fire, letting off 42 rounds in 11 seconds.

5  — The Plaintiff did not have a deadly weapon, nor did the plaintiff open or return fire on anyone.

6  — Out of the excessive 42 rounds of one sided gun fire by the five Defendants, the plaintiff was shot 8 times in the upper and lower body

7  — The Defendants was still opening fire on the defenseless plaintiff, even after the plaintiff was on the ground and no longer appearing to be deemed a threat.

8  — After Defendant Giuseppe Divanna offered life threatning aid to plaintiff he was escorted to the New York presbytirian Hospital in Queens NY to undergo the 1st of 12 surgeries.

9  — As a result of the Defendants using excessive force on the plaintiff, each Defendant recieved administrative assignment and had their service weapons confiscated pending an internal affairs investigation.

10- As a result of the Defendants using excessive Force on the plaintiff the defendant's employer, the New York City Police Department had amended how they choose to train their Police Force through out the course of each Year.

11- As a result of the Defendants using excessive Force on the plaintiff two officers were also shot by the defendants own friendly Fire. The Defendant Sgt Mathwew Gorman was shot one time in the thigh and surived his wounds. Detective Brian Simonson was struck in the chest and did not Surive to his fatal mortal wounds.

Cause of Action

12 — The actions of Defendants Sgt Mathew Gorman, Sgt Noorallah Mashrie, Officer Jessica Torrez, Officer Daniel Oliver, and Officer Giuseppe Divanna in using excessive deadly force against the plaintiff without need or in failing to intervene to prevent misuse of force, were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the eighth amendment rights of the united states constitution.

13 — The actions of all five defendants in using deadly physical force against the plaintiff without need constituted the tort of attempted murder, assualt, and battery under the law of New York State.

14 — The actions of all five defendants to neglegently fire 42 round at a plaintiff who is not and is incapable of firing back is excessive and is deemed cruel and unusual punishment which is in violation of the eigth amendment of the united states constitution.

Relief requested

WHEREFORE, plaintiff requests that the court grant the following relief:

~~15~~

15 — A. Issue a declaratory Judgment stating that:
The deadly physical force of the plaintiff by defendants violated the plaintiff's rights under the eigth Amendment to the united states constitution and constituted an assualt and attempted murder battery under state law.

B. Award compensatory damages in the following amounts:

16 — 100 million dollars Jointly and severally against defendants Gorman, Mashrie, Torrez, Oliver, and Divanna, for the physical and emotional injuries sustained as a result of the plaintiff being shot

multiple times.

C  Award Punitive damages in the Following amounts
17 — 20,000 each against deFendants Gorman, Mashrie, Torrez,
   Oliver and Divanna.

D  Grant Such other relieF as it may appear that plaintiFF is entitled.


  9/27/20
  RespectFully Submitted
  PlaintiFF: Christopher Ransom
          Chris bess
       125 white Street
       NY, NY 10013

**Facts: (what happened?)**  _(See attached)_

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**II.A.   Injuries.**      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

I was shot in the chest, and lower body 8 times. I lost a testical, and have a permanent foot drop. I recieved 12 surgeries in result of my sustained injuries.

_____

_____

_____

4

_____

_____

III.    **Relief:** State what relief you are seeking if you prevail on your complaint.

_____(see attached)_____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that on ___9/27/20___, I delivered this
                                              (date)
complaint to prison authorities at ___MDC_____ to be mailed to the United
                                    (name of prison)
States District Court for the Eastern District of New York.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: __9/27/20__              _____
                               Signature of Plaintiff

                               ___MDC_____
                               Name of Prison Facility or Address if not incarcerated

                               __125 White Street_____

                               __NY, NY 10013_____

                               _____
                               Address

                               __441-19-01080_____
                               Prisoner ID#

rev. 12/1/2015

5

Christopher Ransom
125 White street
N.Y, NY 11213

Att: Pro SE Office
United States district office
eastern district of New york
225 Cadman Plaza east
brooklyn NY 11201

U S S S





